MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile
painter@ikplaw.com

Attorneys for Plaintiff,
SUN-MATE CORPORATION

FILED

11 MAR -4 PM 3:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SUN-MATE CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware corporation; DOES I - X, Inclusive,<br><br>Defendants. | CV11 01906 MMM PJWx<br><br>CASE NO.<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>**JURY TRIAL DEMANDED** |
|---|---|

Comes now the plaintiff, SUN-MATE CORPORATION, and for causes of action against defendants, and each of them,, complains and alleges as follows:

## JURISDICTION

1. This action arises under the patent laws of the United States, Title 35, United States Code. This Court has jurisdiction over this claim under Title 35, United States Code and 28 U.S.C. §1338(a).

## PARTIES

2. Plaintiff, SUN-MATE CORPORATION, is a corporation organized and doing business under the laws of the State of California having its principal place of business in Chatsworth, California (hereinafter referred to as "Sun-Mate").

3. Sun-Mate is informed and alleges that OFFICE DEPOT, INC., is a Delaware corporation, having its principal place of business in Boca Raton, Florida and does business throughout the United States in general and in the Central District of California in particular (hereinafter referred to as "Office Depot").

4. The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of the defendants named herein as DOES I - X, inclusive, are unknown to plaintiff who therefore, pursuant to Local Rule 19-1 of this Court, sues said defendants by such fictitious names and plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

**CLAIM FOR INFRINGEMENT OF**

**U.S. DESIGN PATENT NO. D-465,133**

5. Sun-Mate repeats and incorporates Paragraphs 1 - 4, inclusive, of this Complaint as though set forth in full herein again.

6. On November 5, 2002, United States Letters Design Patent No. D-465,133 were duly and legally issued to Sun-Mate for a design in the portable cooler, and since that date, Sun-Mate has been and still is the owner of those Design Letters Patent, a copy thereof being attached hereto as Exhibit 1 (hereinafter referred to as the "'133 patent").

7. On May 7, 2010, plaintiff initiated an action for infringement of the '133 patent against Office Depot, Inc. and Tic Toc, the imagination Company, the case being identified by this Court as CV10-3433-R(FFMx). On or about June 1, 2010 Case No. CV10-3433-R(FFMx) was settled and releases granted to all parties, including Office Depot with respect to all infringing products imported into the United States prior to June 1, 2010. Based on the settlement, on June 14, 2010, a Notice of Dismissal of Case No. CV10-3433-R(FFMx) was filed with the Court.

8. Sun-Mate is informed and believes and, based upon such information and belief, alleges that Office Depot had full knowledge of the limitations of the settlement of Case No. CV10-3433-R(FFMx).

9. Defendant, Office Depot, has been and is infringing the '133 patent by purchasing portable coolers embodying the design of the '133 patent from Does I - X, inclusive, and reselling same to the public in the United States, and will continue to do so unless enjoined by this Court, a representative sample of an Office Depot advertisement offering the infringing product for sale being attached hereto as Exhibit 2.

10. Sun-Mate has placed the required statutory notice on all portable coolers manufactured and sold by it under the '133 patent and has given written notice to each of the defendants of its infringement.

11. The infringement of the '133 patent by Office Depot has caused and will cause Sun-Mate irreparable harm for which there is no adequate remedy at law.

12. That Sun-Mate is informed and believes and, based upon such information and belief, alleges that defendants have earned profits for their infringing activities; that Sun-Mate has suffered damages as a result of the defendants' acts, the amount of the profits earned by the defendants and the extent of the damages to Sun-Mate by reason of the infringement of the '133 patent by defendants is presently unknown to Sun-Mate; that plaintiff shall request leave to amend its Complaint when the precise amount of damages is known.

**WHEREFORE**, Sun-Mate prays for judgment against defendant as follows:

A. That defendant, Office Depot, its agents, servants, employees, assigns, attorneys, representatives, successors in business, confederates and those persons in active concert or participation with it be enjoined during the pendency of this action and permanently from making, using or selling any goods which infringe United States Letters Patent No. D-465,133;

B. Award damages requiring defendant, Office Depot, to account to and pay to Sun-Mate all damages caused by reason of defendants' infringement of United States Letters Patent No. D-465,133, including either defendant's total profits pursuant to 35 U.S.C. §289, or other compensation pursuant to 35 U.S.C. §284, including enhanced damages under 35 U.S.C. §284;

C. Enter judgment pursuant to 35 U.S.C. §285 making this case exceptional and awarding plaintiff its attorneys' fees, costs and expenses.

D. Award such other and further relief as the Court may deem just and proper.

**PLAINTIFF DEMAND A JURY TRIAL OF THIS MATTER.**

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

By: ______________________
Michael A. Painter
Attorneys for Plaintiff

Dated: 3/4/2011

# EXHIBIT 1

US00D465133S

(12) **United States Design Patent** (10) **Patent No.: US D465,133 S**
**Ben-Moshe** (45) **Date of Patent: ** Nov. 5, 2002**

(54) **PORTABLE COOLER**

(75) Inventor: **Rami Ben-Moshe,** Canoga Park, CA (US)

(73) Assignee: **Sun-Mate Corporation,** Canoga Park, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/143,140**

(22) Filed: **Jun. 13, 2001**

(51) **LOC (7) Cl.** .................................................... **07-01**
(52) **U.S. Cl.** ........................................................ **D7/605**
(58) **Field of Search** .................... D7/605–607; D15/81; 62/457.1, 457.7, 457.9, 371, 372, 3.62, 426, 455; 220/915.1, 915.2, 592.2, 592.24, 592.25

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,069,869 A * 12/1962 Mueller ...................... 62/371
4,346,562 A * 8/1982 Beitner ...................... 62/3.62
4,379,391 A * 4/1983 Rhee .......................... 62/408
5,319,937 A * 6/1994 Costello .................... 62/3.62

* cited by examiner

*Primary Examiner*—Terry A. Wallace
(74) *Attorney, Agent, or Firm*—Michael A. Painter

(57) **CLAIM**

The ornamental design for a portable cooler, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a portable cooler illustrating my new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a right side elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a rear elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**



U.S. Patent Nov. 5, 2002 Sheet 1 of 3 US D465,133 S

Fig. 1

7



Fig. 2

Fig. 3

Fig. 4



Fig. 5

Fig. 6

Fig. 7

# EXHIBIT 2





# 0.14 Cu. Ft. Mini Refrigerator, Assorted Colors

Item # 299106
*Switchable between cold and warm*
Keep drinks cool and fresh.
Refrigerates down to 25° C below the ambient temperature.
Keep-warm function up to 65° C with fixed point thermostat.
Learn More

Delivery only Your Price
$29.99
/ each

Protect your investment for just pennies a dayFrom day one, If your covered product fails - we repair or replace it
Best Value 2-Year Product Replacement Plan With 24/7 Tech Support
Decline Protection $5.99

**1.6** out of **5**

Like 16 people like this. Be the first of your friends.

## DESCRIPTION

**Switchable between cold and warm**

- **Keep drinks cool and fresh.** Cools 6 drink cans of 0.33 liters each.
- **Refrigerates down to 25° C below the ambient temperature.**
- **Keep-warm function up to 65° C with fixed point thermostat.**
- **Can be used as a portable cooler/warmer — great for road trips, camping and tailgating.**
- **Useful volume 4 liters.**
- **Trouble-free operation with 12 volts DC.**
- **Low empty weight.**

## PRODUCT DETAILS

| | |
|---|---|
| **Item #** | 299106 |
| **Manufacturer #** | MINIFRDGE |
| **color** | Black; Blue; Orange; Red; White |
| **material** | ABS |
| **cubic foot capacity** | 0.14 cubic feet |
| **warranty length** | 180-day limited |
| **temperature control** | yes |
| **height** | 11 inches |
| **width** | 7 3/10 inches |
| **depth** | 10 inches |
| **CFC free** | yes |
| **automatic defrost** | no |
| **flat-back design** | no |
| **total number of shelves** | 0 |
| **ice cube tray included** | no |
| **model name** | YT-A-400B |
| **UL listed** | yes |
| **distributor** | Swinton Avenue Trading Ltd., Inc. |
| **postconsumer recycled content** | 0 % |
| **total recycled content** | 0 % |

**Summary of Customer Ratings & Reviews**

Click on the **Pros** and **Cons** to filter reviews

**Pros**

- (1)
- (1)
- (1)

**Cons**

- (1)
- (1)
- (1)
- (1)
- (1)

Click on the **Pros** and **Cons** above to **filter reviews**

**Product Reviews**

Choose a sort order

January 4, 2011
**aka1908**
Read all my reviews

**1** out of **5**

Quality

**1** out of **5**

Meets Expectations

**1** out of **5**

## PIECE OF JUNK

I ordered this think it was for th shop or something, but it is for the car. Who using a refrigerator the size of this in the car? it only holds three can coke come one!!

**4** of **6** people found this review helpful.

**Was this review helpful to you?** Yes No
(Report Inappropriate Review)

Share this Review:

September 29, 2010
**CustomOrganizer**
San Francisco, CA
Read all my reviews

**1** out of **5**

Quality

**1** out of **5**

Meets Expectations

**1** out of **5**

**I am a(n):** Professional
**Primary Use:** Business User
**Gender:** Female
**Age:** 26 - 35
**Bought this product:** Online

## If I had known it was for the car...

**Cons:** car use only

If I had known it was for the car... I would have used a different coupon. I threw this in our dumpster two days after receiving it.

**7** of **18** people found this review helpful.

**Was this review helpful to you?** Yes No
(Report Inappropriate Review)

Share this Review:

September 28, 2010
**vivster**
Oklahoma City
Read all my reviews

**5** out of **5**

Quality

**4** out of **5**

Meets Expectations

**4** out of **5**

**I am a(n):** Professional
**Primary Use:** Pleasure

## Mini Refrigerator

If you have Diabetes and have to keep your insulin cool, this might be just the answer. Also works for chocolate or any drink if you are thirsty after going to the gym or after practice. My dog gets dehydrated on trips and needs a cool drink so he won't get car sick.
We have been very pleased with this fridge and have found several uses for it. I will be purchasing the a/c power supply. I had another one previously and learned that if you cool it before you leave for your destination, it maintains the coolness very well.

**5** of **5** people found this review helpful.

**Gender:** Female
**Age:** 46 - 65
**Bought this product:** Online

**Was this review helpful to you?** Yes No
(Report Inappropriate Review)

Share this Review:

Top 1000 Contributor

July 28, 2010
**Manager86351**
Sedona, AZ
Read all my reviews

**2** out of **5**

Quality
**3** out of **5**

Meets Expectations
**2** out of **5**

**I am a(n):** Traditional Office
**Primary Use:** Pleasure
**Gender:** Female
**Age:** 26 - 35
**Bought this product:** Online

## Not worth the price

**Pros:** did keep items from melting., compact and light weight
**Cons:** did not keep things cold, add a con

I thought this would be a great travel companion for long road trips but in the end It was just another thing in the car. I plugged it in when I started the road trip and and after about 2 hours it cooled off the soda cans I had in it and kept them at a little over room temperature for the duration of the trip.

It was great to have for items that melt or just need a little cooling but otherwise it will not keep things super cold.

**18** of **18** people found this review helpful.

**Was this review helpful to you?** Yes No
(Report Inappropriate Review)

Share this Review:

1 2 3 4 next>>

## Customers Who Viewed This Item Purchased

**Copyright © 2011 by Office Depot, Inc. All rights reserved.** Prices shown are in U.S. Dollars. Please login for country specific pricing. Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of Use.
The Tony Stewart©, Stewart-Haas Racing™ and #14™ are trademarks of Stewart-Haas Racing and are used under license.

**Rubik's Cube** ® used by permission of Seven Towns Ltd. www.rubiks.com